

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00327-CV

IN RE ERIC RANDALL HINKLE                                              RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed for want of jurisdiction. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (holding that the court of criminal appeals is the "only court with jurisdiction in final post-conviction felony proceedings"); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, no pet.) ("[W]hile the courts of appeals have mandamus jurisdiction in criminal matters, only the Texas Court of Criminal

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

Appeals has jurisdiction in final post-conviction felony proceedings.").

Accordingly, relator's petition is dismissed for want of jurisdiction.


                                                    PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and WALKER, JJ.

DELIVERED:  August 13, 2012